UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PRADYUMNA KUMAR SAMAL,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>NEW YORK LIFE BOND,<br><br>　　　　　　Garnishee. | NO.  2:19-MC-00173-RSL<br><br>　　　(2:18-CR-0124-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee New York Life Bond, has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee New York Life Bond filed its Answer on February 14, 2020, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control two (2) Variable Universal Life 2000 policies, XXXX2265 and XXXX2266, in which Pradyumna Kumar Samal has a vested Cash Surrender Value of $531.41 (XXXX2265) and $292.04 (XXXX2266) for a

**CONTINUING GARNISHMENT ORDER (***USA v. Pradyumna Kumar Samal and New York Like Bond,* **USDC#: 2:19-MC-00173-RSL / 2:18-CR-0214-1) - 1**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

total value of $823.45, as of February 14, 2020, in which Defendant/Judgment Debtor Mr. Samal maintains an interest.

After notification that the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Samal on or about January 2, 2020, Mr. Samal has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, New York Life Bond, shall pay to the United States District Court for the Western District of Washington, the entire amount of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, in which the Defendant/Judgment Debtor maintains an interest;

That such payments shall be applied to Defendant/Judgment Debtor Pradyumna Kumar Samal's outstanding restitution debt, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:18-CR-0124-1 and 2:19-MC-00173-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

**CONTINUING GARNISHMENT ORDER** (*USA v. Pradyumna Kumar Samal and New York Like Bond,* **USDC#: 2:19-MC-00173-RSL / 2:18-CR-0214-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 9th day of February, 2021.

*[signature]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:


s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER** (*USA v. Pradyumna Kumar Samal and New York Like Bond,* USDC#: 2:19-MC-00173-RSL / 2:18-CR-0214-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970